(75 South. 1007)

TOWN OF ONEONTA v. FLOWERS. (6 Div. 265.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Blount County; James E. Blackwood, Judge. O. A. Steele, of Oneonta, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1007)

WATKINS v. ROBERTSON BANKING CO. (2 Div. 159.) (Court of Appeals of Alabama. June 12, 1917.) Appeal from Law and Equity Court, Hale County; C. E. Waller, Judge. George Pegram, of Faunsdale, for appellant. R. B. Evins, of Greensboro, for appellee.

PER CURIAM. Appeal dismissed; the case having been settled between the parties.

(75 South. 1007)

WILLIAMS v. STATE. (6 Div. 316.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. W. L. Martin, Atty. Gen., for the State.

BRICKEN, J. No error of record. Affirmed.

(75 South. 1007)

WILLINGHAM v. STATE. (7 Div. 466.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Randolph County; Thomas W. Wert, Judge. Tom Willingham was convicted of violation of the prohibition law, and appeals. Affirmed. W. L. Martin, Atty. Gen., for the State.

SAMFORD, J. The defendant was indicted, tried, and convicted for a violation of the prohibition law, and from the judgment of conviction he appeals. We find no error in the rulings of the court on the evidence, and there is no error in the record. Oldacre v. State, ante, p. 151, 75 South. 827. The judgment is affirmed. Affirmed.

(75 South. 1007)

WOODS v. STATE. (6 Div. 290.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. W. L. Martin, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(76 South. 999)

BARNES v. STATE. (2 Div. 160.) (Court of Appeals of Alabama. June 26, 1917.) Appeal from Law and Equity Court, Marengo County; E. J. Gilder, Judge. W. L. Martin, Atty. Gen., for appellee.

PER CURIAM. Appeal dismissed.

(76 South. 999)

GARLAND v. INGRAM. (7 Div. 492.) (Court of Appeals of Alabama. June 14, 1917.) Appeal from Circuit Court, DeKalb County; W. W. Haralson, Judge. Milo Moody, of Scottsboro, and Hunt & Wolfes, of Ft. Payne, for appellant. J. A. Johnson, of Ft. Payne, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(76 South. 999)

HAYS v. CITY of ATTALLA (two cases). (7 Div. 458, 459.) (Court of Appeals of Alabama. June 1, 1917.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(76 South. 999)

LAMB v. McGILL. (7 Div. 463.) (Court of Appeals of Alabama. June 1, 1917.) Appeal from Circuit Court, Randolph County; S. L. Brewer, Judge. Stell Blake, of Roanoke, for appellant. R. J. Hooten, of Roanoke, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(76 South. 999)

LAMB v. ROBERTS. (7 Div. 397.) (Court of Appeals of Alabama. Nov. 12, 1917.) Appeal from Clay County Court; E. J. Garrison, Judge. Tillman, Bradley & Morrow and J. A. Simpson, all of Birmingham, for appellant. Riddle & Riddle, of Talladega, for appellee.

PER CURIAM. Appeal dismissed by consent of parties.

(76 South. 999)

LITTLE v. STATE. (7 Div. 446.) (Court of Appeals of Alabama. June 5, 1917.) Appeal from City Court of Gadsden; J. A. Bilbro, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

(76 South. 999)

RANDALL & EDWARDS v. SPARKS et al. (7 Div. 473.) (Court of Appeals of Alabama. June 5, 1917.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge.

PER CURIAM. Affirmed on motion.

(76 South. 999)

ROEBUCK v. STATE. (5 Div. 182.) (Court of Appeals of Alabama. June 7, 1917.) Appeal from Circuit Court, Chilton County; Leon McCord, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

(76 South. 999)

STEAGALL v. PRIDGEN & HOLMAN. (4 Div. 483.) (Court of Appeals of Alabama. June 7, 1917.) Appeal from Circuit Court, Henry County; H. A. Pearce, Judge. D. C. Halstead, of Headland, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(76 South. 999)

STREET v. CITY OF ANNISTON. (7 Div. 444.) (Court of Appeals of Alabama. June 1, 1917.) Appeal from City Court of Anniston; Thos. W. Coleman, Jr., Judge. S. W. Tate, of Anniston, for appellee.

PER CURIAM. Appeal abated by death of appellee.

(76 South. 999)

WEEMS v. STATE. (4 Div. 501.) (Court of Appeals of Alabama. June 12, 1917.) Appeal from Circuit Court, Dale County; Judge S. Williams, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1002)

ALLEN v. STATE. (6 Div. 425.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1002)

ALLEN v. STATE. (3 Div. 312.) (Court of Appeals of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, Montgomery County; Leon